IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02cv518

| | | |
|---|---|---|
| BRADLEY J. KELLY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | <u>ORDER</u> |
| | ) | |
| JOHNSON CONTROLS, INC., | ) | |
|     Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the plaintiff's Motion to Voluntarily Dismiss Claims pursuant to Fed. R. Civ. P. 41(a)(2). (Doc. No. 23). The defendant has not objected to the motion.

**THEREFORE, IT IS HEREBY ORDERED** that the plaintiff's motion is **GRANTED**, and this matter is **DISMISSED** with prejudice.

Signed: June 14, 2006

Robert J. Conrad, Jr.
Chief United States District Judge